IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

Erica Elaine Brouse

**CASE NO.** 19-01650
**Hon.** Scott W Dales

**Debtor(s)**

**Filed:** 04/16/2019

### ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above named Debtor has filed a Chapter 13 case, and has consented to deduction of plan payments directly from his/her wages to the Chapter 13 Trustee. Therefore:

IT IS HEREBY ORDERED that Adapt Inc. shall deduct the sum of $150.00 each bi-weekly pay period and send the said amount to:

**BARBARA FOLEY
P.O. BOX 1818
MEMPHIS, TN 38101-1818**     /s/ Barbara P. Foley/ HSL

IT IS FURTHER ORDERED that all earnings of the Debtor, except amounts required to be withheld by any provisions under the laws of the United States, this state, or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the Debtor, or by order of this Court, be paid to the Debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deductions for any garnishment, wage assignment, credit union, or other purpose not specifically authorized by this Court, be made from the earnings of said Debtor, Except:_____

IT IS FURTHER ORDERED that a copy of this Order be served either electronically or by ordinary mail upon:

1. The Debtor at: 886 Seminole Dr., Coldwater, MI 49036.
2. The Employer at: 202 Morse St, Coldwater, MI 49036
3. The Trustee: Barbara Foley, 229 E Michigan Ave. Ste. 440, Kalamazoo, MI 49007
4. Debtor's Attorney: Jeffrey D. Mapes, 29 Pearl St. NW, Ste. 305, Grand Rapids, MI 49503

SERVED AS ORDERED

### END OF ORDER

**IT IS SO ORDERED.**

**Dated June 17, 2021**



Michelle M. Wilson
Clerk of Court