United States Bankruptcy Court
Western District of Michigan

| | |
|---|---|
| In re: | Case No. 16-02934-jtg |
| Cathy I Colella | Chapter 13 |
| Scott C Smith | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf019 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Cathy I Colella, Scott C Smith, 6830 Cypress St, Portage, MI 49024-3208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brett N. Rodgers
    ecf@rodgersch13.com  ecfbnrbackup@trustee13.com

George Joseph George
    on behalf of Debtor Scott C Smith ggeorge@mapesdebt.com
    jeff@mapesdebt.com;799057420@filings.docketbird.com;kkolbe@mapesdebt.com;lawofficeofjeffreydmapes@gmail.com

George Joseph George
    on behalf of Debtor Cathy I Colella ggeorge@mapesdebt.com
    jeff@mapesdebt.com;799057420@filings.docketbird.com;kkolbe@mapesdebt.com;lawofficeofjeffreydmapes@gmail.com

Jeffrey D. Mapes
    on behalf of Debtor Scott C Smith jeff@mapesdebt.com
    kwilson@mapesdebt.com;9799057420@filings.docketbird.com;kkolbe@mapesdebt.com;ggeorge@mapesdebt.com;lawofficeofjeffreydmapes@gmail.com

Jeffrey D. Mapes

District/off: 0646-1  User: admin  Page 2 of 2
Date Rcvd: Jun 03, 2021  Form ID: pdf019  Total Noticed: 1

on behalf of Debtor Cathy I Colella jeff@mapesdebt.com
kwilson@mapesdebt.com;9799057420@filings.docketbird.com;kkolbe@mapesdebt.com;ggeorge@mapesdebt.com;lawofficeofjeffreydmapes@gmail.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:
CATHY I COLELLA
SCOTT C SMITH
6830 CYPRESS ST

PORTAGE            MI   49024

_____ Debtor(s)  /

Case No:   G K  16-02934
Date Filed:   5/27/16
Chapter 13
Honorable:   John T Gregg

## TRUSTEE'S MOTION TO DISMISS THE CHAPTER 13 PROCEEDINGS AND NOTICE OF MOTION PURSUANT TO 11 U.S.C. 1307(c)

The Chapter 13 Trustee, **Brett N. Rodgers**, hereby moves this Court to dismiss the above captioned Chapter 13 case for the following reasons pursuant to 11 U.S.C. 1307(c):

(X)  1307(c)(6)  Material default by the debtor with respect to a term of a confirmed plan:
   (X)  Other: Failure to provide 2020 tax returns and refunds.

Note:  As a result of the above Motion being made, your case could be converted to a Chapter 7 case.

## NOTICE OF MOTION

Take notice that if a timely response is filed the within motion will be heard before the Honorable John T. Gregg on 7/15/2021 at 12:00 P.M.  This hearing will be held at Federal Building, U.S. Courthouse, Room 114, 410 W. Michigan Avenue, Kalamazoo, MI  49007.

If you wish to oppose the Motion you must file a written response with the Bankruptcy Court at One Division Ave.,N. Room 200, Grand Rapids, MI  49503 and serve a copy upon the Chapter 13 Trustee at 99 Monroe Ave NW, Suite 601, Grand Rapids MI 49503 within 30 days of the date on which the Bankruptcy Noticing Center (BNC) served this Motion to Dismiss.  The response filed must comply with Local Bankruptcy Rule 9013(d) and must state with particularity the reasons why the Trustee's Motion should not be granted.  If a timely response is not filed, the Chapter 13 Trustee may at any time after the expiration of the 30 day period, file with the Court a certificate stating that no timely response or request for hearing has been filed together with a proposed Order Dismissing the case and cancel the scheduled hearing date as moot.

Dated:      6/2/2021                                          /s/ Brett N. Rodgers
                                                              Brett N. Rodgers, Trustee

## PROOF OF SERVICE

This Motion to Dismiss was served electronically upon the attorney for the debtor(s), if applicable, and the debtor(s) by the BNC.

**ATTORNEY FOR DEBTOR(S):**           JEFFREY D MAPES PLC